|   |   |
|---|---|
| 1 | JARED G. CHRISTENSEN, ESQ. |
|   | Nevada State Bar No. 11538 |
| 2 | DELEELA M. WEINERMAN, ESQ. |
|   | Nevada State Bar No. 13985 |
| 3 | BREMER WHYTE BROWN & O'MEARA LLP |
|   | 1160 N. TOWN CENTER DRIVE |
| 4 | SUITE 250 |
|   | LAS VEGAS, NV 89144 |
| 5 | TELEPHONE:  (702) 258-6665 |
|   | FACSIMILE:    (702) 258-6662 |
| 6 |   |
| 7 | Attorneys for Defendant, |
|   | ALLSTATE INSURANCE COMPANY |

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE MORAN-TRETO, an individual, | Case No. 2:23-cv-00660-RFB-BNW |
| Plaintiff, | **JOINT DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 26-1(b)** |
| vs. | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, | **SPECIAL SCHEDULING REVIEW REQUESTED** |
| Defendants. | |

Plaintiff Christine Moran-Treto by and through her attorney of record, Ramzy P. Ladah, Esq. and Donald P. Paradiso, Esq. of Ladah Law Firm and Defendant Allstate Insurance Company by and through its attorneys of record, Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of the law firm Bremer, Whyte, Brown & O'Meara, LLP, hereby submit their Joint Discovery Plan and Scheduling Order Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(b). Deadlines that fall on a Saturday, Sunday or legal holiday have been scheduled for the next judicial day.

///

///

///

1498.225  4884-4439-6645.1

1. **Fed. R. Civ. P. 26(f) Meeting**: Pursuant to Fed. R. Civ. P. 26(f), counsel for the parties conferred by telephone to develop a proposed discovery plan on June 2, 2023.

2. **Pre-Discovery Disclosues**: Pursuant to Fed. R. Civ. P. 26(a)(1), the parties will make their pre-discovery disclosures, including any and all information required by Fed. R. Civ. P. 26(a)(1) on or before June 16, 2023.

3. **Areas of Discovery**: The parties agree that the area of discovery should include, but not be limited to all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

4. **Discovery Plan**: The parties propose the following discovery plan:

    a. **Discovery Cut-Off Date [LR 26-1(b)(1)]**: Defendant filed its Answer on May 4, 2023. The proposed last day of discovery shall be **January 2, 2024**, which is calculated as 240 days from Defendant's Answer in this matter. The parties request a longer perior to conduct discover in order to accommodate the extent of discovery that will be required. Plaintiff has allegedly over $375,000.00 in medical specials. Defendant anticipates obtaining Plaintiff's' medical records, serving written discovery, deposing treating physicains, and retaining experts (including an expert to conduct an independent medical examination), who will in turn likely be deposed by Plaintiff. Moreover, Plaintiffs will likely retained experts which will need to be deposed by Defendant. As such, the parties respectfully request additional time to conduct discovery in this matter as reflected herein.

    b. **Amendment of Pleadings and Adding of Parties [LR26-1(b)(2)]**: The parties shall have until **October 4, 2023**, to file any motions to amend the pleadings or to add parties. This is 90 days before the proposed discovery cut-off date.

c. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts) [LR26-1(b)(3)]**: Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) and pursuant to LR 26-1(b)(3). The initial disclosure of experts and expert reports shall occur on **November 3, 2023**, which is 60 days before the proposed discovery cut-off date, and the disclosure of rebuttal experts and rebuttal expert reports would be due on **December 4, 2023,** which is 30 days after the initial disclosure of experts.

d. **Dispositive Motions [LR 26-1(b)(4)]**: The parties shall have until **February 1, 2024** to file dispositive motions, which is 30 days after the proposed discovery cut-off date.

e. **Pre-Trial Order [LR 26-1(b)(5)]**: The joint pre-trial order shall be filed by **March 4, 2024**, which is 30 days after the date set for filing dispositive motions. If a dispositive motion is timely filed, this deadline is suspended until 30 days after a decision on the dispostive motion or further order of the Court.

f. **Trial Readiness**: This case should be ready for trial by August or Septmeber of 2024 and is expected to take approximately 7-10 days.

g. **Fed. R. Civ. P. 26(a)(3) Disclosures [LR 26-1(b)(6)]**: Unless otherwise directed by the Court, pretrial disclosures as set out in Fed. R. Civ. P. 26(a)(3) and any objections to them shall be included in the joint pre-trial order.

h. **Court Conferences**: If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

i. **Extension or Modifications of the Discovery Plan and Scheduling Order**: LR 26-3 goverens modifications or extensions of   the

3

1498.225  4884-4439-6645.1

        Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made not later than 21 days before the subject deadline.

    **j. Format of Discovery**: Pursuant to the eletronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at Fed. R. Civ. P. 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

5. **Alternative Dispute Resolution and Settlement [LR 26-1(b)(7)]**: The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and if applicable, an early neutral evaluation.

6. **Alternative Forms of Case Disposition [LR 26-1(b)(8)]**: The parties certify that they considered consent to trial by a Magistrate Judge under 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, and the use of the Short Trial Program (General Order 2013-01).

7. **Electronic Evidence [LR 26-1(b)(9)]**: The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties may present evidence in electronic format to jurors for the purposes of jury deliberations in compliance with the Court's electronic jury evidence display system.

///

///

///

///

///

1498.225  4884-4439-6645.1

**8. Review of Local Rule 26-1(b)**: The parties certify that they have read the text of Local Rule 26-1(b), effective as amended May 1, 2016.

DATED this 14th day of June 2023

**BREMER WHYTE BROWN & O'MEARA LLP**

 /s/ Deleela M. Weinerman
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*Allstate Insurance Company*

DATED this 14th day of June 2023

**LADAH LAW FIRM**

 /s/ Donald P. Paradiso
Ramzy P. Ladah, Esq.
Nevada State Bar No. 11405
Donald P. Paradiso, Esq.
Nevada State Bar No. 12845
*Attorney for Plaintiff,*
*Christine Moran-Treto*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 3:20 pm, June 15, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1498.225  4884-4439-6645.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June 2023, a true and correct copy of **JOINT DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 26-1(b)** was electronically filed and served upon all parties requesting notice via the United States District Court CM/ECF system.

                                                     */s/ Alexis Robinson*
                                                     An employee of BREMER WHYTE BROWN & O'MEARA, LLP

1498.225  4884-4439-6645.1