JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:(702) 258-6665
FACSIMILE:  (702) 258-6662

Attorneys for Defendant,
ALLSTATE INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE MORAN-TRETO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00660-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CHRISTINE MORAN-TRETO by and through her attorneys of record, Ramzy P. Ladah, Esq., and Donald P. Pardiso, Esq., of Ladah Law Firm, and Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY by and through its attorneys of record, Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP, that all of Plaintiff's claims against Defendant be dismissed, with prejudice, the parties to each bear their own fees and costs.

///

///

1498.225  4856-5381-0048.1

| | |
|---|---|
| DATED this 13th day of October 2023 | DATED this 13th day of October 2023 |
| **BREMER WHYTE BROWN & O'MEARA LLP** | **LADAH LAW FIRM** |
| */s/ Deleela M. Weinerman* | */s/ Donald P. Paradiso* |
| Jared G. Christensen, Esq. | Ramzy P. Ladah, Esq. |
| Nevada State Bar No. 11538 | Nevada State Bar No. 11405 |
| Deleela M. Weinerman, Esq. | Donald P. Paradiso, Esq. |
| Nevada State Bar No. 13985 | Nevada State Bar No. 12845 |
| *Attorneys for Defendant,* | *Attorney for Plaintiff,* |
| *Allstate Insurance Company* | *Christine Moran-Treto* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: _____October 16, 2023_____

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE)** in 2:23-cv-00660-RFB-BNW was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Deleela M. Weinerman, Esq.
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*Allstate Fire and Casualty Insurance Company*

2

1498.225 4856-5381-0048.1